UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 17-14707
Jacqueline Hicks )
 )  Chapter: 13
 )  Honorable Donald R. Cassling
 )
 )
Debtor(s) )

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the Motion of the Debtor to Modify the Plan;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The Debtor's current plan payment default is deferred to the end of the plan.

2. The dividend general unsecured creditors will receive is reduced to 10%.

3. Nothing in this order shall require the Trustee to perform collections pursuant to any prior plan.

4. The new plan base is $14,726.00.

Enter:

*Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  March 08, 2018

**Prepared by:**

Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606